NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of S.G., a child.                    )
_____ )
                                                     )
P.L.,                                                )
                                                     )
              Appellant,                             )
v.                                                   )          Case No. 2D20-2002
                                                     )
DEPARTMENT OF CHILDREN AND                           )
FAMILIES and GUARDIAN AD LITEM                       )
PROGRAM,                                             )
                                                     )
              Appellees.                             )
_____ )

Opinion filed September 25, 2020.

Appeal from the Circuit Court for
Hillsborough County; Marion L. Fleming,
Circuit Judge.

David A. Dee, Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Mary Soorus,
Assistant Attorney General, Tampa,
for Appellee Department of Children
and Families.

Thomasina F. Moore, Statewide Director
of Appeals, Tallahassee; and Alyssa A.
Cory, of Shutts & Bowen, LLP, Tampa,
Pro Bono with the Statewide
Guardian ad Litem Office Defending

Best Interests Project, for Appellee
Guardian ad Litem Program.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.